**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:11-CR-092-LRH (WGC) |
| JUSTIN REEVES, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 24, 2011, defendant JUSTIN REEVES pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). #2.

This Court finds defendant JUSTIN REEVES agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JUSTIN REEVES pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

    a.    One Custom Laptop Computer, containing Seagate Hard drive, serial number 3MH0K89X;

    b.    One Fujitsu Hard Drive, serial number NR0WT5325ADK; and

1         c.        any book, magazine, periodical, film, videotape, or other matter which contains

2                 any such visual depiction, which was produced, transported, mailed, shipped,

3                 or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B)

4                 ("property").

5     This Court finds the United States of America is now entitled to, and should, reduce the

6 aforementioned property to the possession of the United States of America.

7     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

8 United States of America should seize the aforementioned property.

9     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

10 JUSTIN REEVES in the aforementioned property is forfeited and is vested in the United States of

11 America and shall be safely held by the United States of America until further order of the Court.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16 the name and contact information for the government attorney to be served with the petition,

17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

19 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

20 Virginia Street, 3rd Floor, Reno, NV 89501.

21     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

22 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

23 following address at the time of filing:

24         Greg Addington
            Assistant United States Attorney
25         100 West Liberty Street, Suite 600
            Reno, NV 89501

26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this  1st  day of  November , 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE